```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

KIMBERLY ANN WROBEL,

       Plaintiff,

v.                                   Case No.   8:10-cv-2709-T-33TBM

MICHAEL J. ASTRUE, Commissioner
of Social Security,

       Defendant.
_____/

## ORDER

This matter comes before the Court pursuant to the Commissioner's Unopposed Motion for Entry of Judgment (Doc. # 12), which was filed on October 14, 2011.  For the reasons that follow, the Court grants the Motion.

## Discussion

The Commissioner seeks an Order remanding this case for the following reason:

> The Commissioner believes that remand would be appropriate in this case to have an Administrative Law Judge reevaluate the medical evidence of record and consider the functional limitations of all of the examining sources opinion evidence.

The Commissioner represents that Plaintiff does not object to the motion.

This motion is made pursuant to Sentence Four of § 405(g) of the Social Security Act, which provides: "The court shall

have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). In a Sentence Four remand, the appropriate procedure requires the court to enter final judgment in favor of the Plaintiff. Shalala v. Schaefer, 509 U.S. 292 (1993).

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Commissioner's Unopposed Motion for Entry of Judgment (Doc. 12) is **GRANTED.**

(2) The decision is reversed and remanded for further proceedings before the Commissioner consistent with this Order.

(3) The Clerk is directed to enter Judgment in favor of the Plaintiff and to close the case. The matter of fees and costs shall be addressed upon further pleadings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 17th day of October, 2011.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record

2